In the Matter of Henry B. Snyder.—Motion to dismiss appeal granted, without costs.

Realty Iron Works v. John Henney, Impleaded, etc.— Motion to dismiss appeal granted, without costs.

Joseph Konrad, as Administrator, etc., of Paul Planovsky, Deceased, Respondent, v. New York City Railway Company, Appellant (Originally Impleaded with Another).— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict, with interest and costs, etc., to $5,000, in which event judgment as so modified and order affirmed, without costs to either party. No opinion. Settle order on notice.

Alvan W. Perry, Respondent, v. Benjamin L. M. Bates, Appellant.—Judgment and order affirmed, with costs. No opinion.

Julius Roehrs, Respondent, v. Manhattan Refrigerating Company, Appellant. — Judgment and order affirmed, with costs. No opinion.

M. Hartley Company, Appellant, v. Thomas E. Evans, Respondent, Impleaded with Albert B. Roeder.— Judgment and order affirmed, with costs. No opinion.

The Henry Huber Company, Appellant, v. Riker Basin System, Respondent. — Judgment and order affirmed, with costs. No opinion.

Keystone Publishing Company, Appellant, v. Lambert Snyder Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

Brooks Brothers, Respondent, v. Louis C. Tiffany and Others, as Executors of and Trustees under the Last Will and Testament of Charles L. Tiffany, Deceased, and Edward S. Hosmer, as Trustee in Bankruptcy of Burnett Y. Tiffany, Impleaded with Burnett Y. Tiffany, Appellant.— Judgment affirmed, with costs, with leave to defendant to amend on payment of costs in this court and in the court below. No opinion. (Ingraham, J. dissenting.)

Henry E. Dixey, Respondent, v. Morning Telegraph Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

Milton Aborn and Others, Appellants, v. Elsie Janis and Others, Respondents. Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of George D. Hurlock, Appellant, for the Removal of Sanford Makeever and Others, as Trustees of a Trust Declared by Them in a Certain Fund of Mining Stocks entitled " Our Trust Fund," Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

George D. Hurlock, Appellant, v. Sanford Makeever and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion.

Eugene S. Willard, Doing Business as E. S. Willard & Company, Respondent, v. John W. Ferguson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Max Kliger, Respondent, v. Samuel Rosenfeld and Morris Weisman, Appellants.— Order modified by requiring plaintiff to increase bond from $250 to $750, and as modified affirmed, without costs. No opinion. Settle order on notice.

The People of the State of New York ex rel. William Lockwood, Appellant, v. Edmond J. Butler, as Commissioner of the Tenement House Department of